## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| STEPHANIE CAMPBELL, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | **CIVIL ACTION FILE NO.** |
| v. ) | **1:21-cv-01471-CAP-CCB** |
| ) | |
| VICTOR HILL, individually and ) | |
| In his official capacity as Sheriff ) | |
| ) | |
|     Defendant. ) | |

## JOINT MOTION TO REOPEN LAWSUIT AND CORRECT STYLE

The Parties hereby respectfully request that the Court reopen this lawsuit and correct the style. On November 12, 2021, the Court entered an Order staying the above-referenced lawsuit "until either Governor Brian Kemp appoints a temporary replacement officer for Defendant Hill or the criminal process of the felony indictment of Defendant Hill runs its course." [Doc. 15]. At that time, the Court directed the clerk to administratively close this case and allowed the Parties to request that it be reopened at any time. [Id.]

The criminal case against Defendant Hill has concluded, pending appeal. The Parties now request that this case be reopened. The Parties further request that the Court amend its previously issued Pretrial Scheduling Order (Doc.9), which set forth various dates and deadlines that have since expired. The Parties further request permission to

-2-

complete discovery within four (4) months of the re-opening of the case in light of the substitution of counsel for the Defendants as well as in light of multiple upcoming holidays and trials for the parties' counsel. Finally, the Parties request that the style of the case be amended to reflect the name of the new Sherriff, Levon Allen, pursuant to Fed. R. Civ. P. 25 (d).  A proposed order is attached as an exhibit.

**FREEMAN MATHIS & GARY, LLP**

*/s/ John D. Bennett*
John D. Bennett
Georgia Bar No. 059212
jbennett@fmglaw.com

*Attorney for Defendant*

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
T:  (770) 818-0000
F:  (770) 937-9960

*/s/ Regan Keebaugh*
Radford & Keebaugh, LLC
315 W. Ponce de Leon Ave. Suite 1080
Decatur, Georgia 30030
regan@decaturlegal.com

*Attorney for Plaintiff*

-3-

## CERTIFICATE OF COMPLIANCE WITH RULE 5.1 AND CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that this document was prepared using Times New Roman 14-point font, one of the fonts and typeface sizes allowed under Rule 5.1.

**FREEMAN MATHIS & GARY, LLP**

*/s/ John D. Bennett*
John D. Bennett
Georgia Bar No. 059212
jbennett@fmglaw.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **Joint Motion to Reopen Lawsuit and Correct Style** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants.

This 21st day of March, 2023.

**FREEMAN MATHIS & GARY, LLP**

*/s/ John D. Bennett*
John D. Bennett
Georgia Bar No. 059212
jbennett@fmglaw.com

*Attorneys for Defendant*

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
T:  (770) 818-0000
F:  (770) 937-9960

-4-